**Deny and Opinion filed August 3, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00100-CV

## IN RE ELDA TELLE , ELAINE BOSCH, CAITLIN DICKEY AND CHICAGO TITLE OF TEXAS, LLC, Relators

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01185-2021**

## MEMORANDUM OPINION
Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Smith

Before the Court is relators' March 9, 2022 petition for writ of mandamus challenging the trial court's January 28, 2022 order holding relators in contempt of the trial court's March 11, 2021 temporary restraining order and April 30, 2021 temporary injunction.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record[1], we conclude relators have failed to demonstrate an entitlement to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/s/ Craig Smith/
CRAIG SMITH
JUSTICE

220100F.P05

---

[1] Although we requested a response, neither real party nor respondent filed one.